Jonathan S. Weber, Esq., CA Bar No. 110138
WEBER & BAER
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
(310) 226-7570, Fax (310) 867-2721

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ROEPER, <br><br> Plaintiff(s) <br> v. <br><br> AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION and DOES 1 through 100, inclusive, <br><br> Defendant(s). | CASE NUMBER <br><br> 8:14-cv-00218-AG-AN <br><br> MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 7/18/2014 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? 8/6/2014, and if necessary, a second session will be held.

Dated: 7/22/2014

_____
Signature of Mediator
Jonathan S. Weber, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.