JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ROEPER ) | Case No.: 8:14-cv-00218-AG (ANx) |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | STIPULATION TO DISMISS |
| v. ) | ENTIRE ACTION WITH |
| ) | PREJUDICE |
| AMTRAK, NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, and ) | |
| DOES 1 through 100, inclusive, ) | Date Filed: January 2, 2014 |
| ) | Date Removed: February 13, 2014 |
| Defendants. ) | Trial Date: January 3, 2015 |
| ) | |

THE COURT, having reviewed and approved the Stipulation to Dismiss Entire Action with Prejudice by and between Plaintiff PATRICIA ROEPER and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, orders as follows:

IT IS ORDERED THAT the Stipulation to dismiss between Plaintiff PATRICIA ROEPER and Defendant NATIONAL RAILROAD PASSENGER CORPORATION is approved and this action is dismissed with prejudice.

IT IS SO ORDERED:

DATED: October 16, 2014

_____
Honorable Andrew J. Guilford
United States District Court Judge